partment. June 9, 1916.) Order modified, as stated in order, and, as so modified, affirmed, without costs. No opinion. Order filed.

Katherine F. LINDEMANN v. Johanna VON MEYER. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Ashley C. L. LITTLER, Respt., v. Benjamin JOFFE et al., impld., etc., Applts. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

George E. LOEFFLER and Henry Scheibel, as executors, etc., appellants, v. Henry LOEFFLER, respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Judgment affirmed, with costs. No opinion. Thomas, Mills, Rich, and Putnam, JJ., concur. Carr, J., dissents, on authority of Allen v. La Vaud, 213 N. Y. 322, 107 N. E. 570.

Rocco LOFARO and one, respts., v. NEW YORK CENTRAL & HUDSON RIVER R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed, with costs. All concur.

Joseph LOMBARDO, an infant, etc., Respt., v. Charles H. HARRIS, Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Samuel LONDON, respondent, v. Leopold BRAND, appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Application denied, with $10 costs.

George E. LOOMIS, respt., v. Frank A. HARRIS, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Motion granted and appeal dismissed with costs.

Gilbert E. LOPER, respondent, v. Lewis NIXON, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment reversed, and new trial granted, costs to abide the event, upon the ground that defendant was entitled to submission to the jury of the question as to whether plaintiff was a bona fide holder of the note. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

In the Matter of George B. LOUD, Applt., v. Samuel H. ORDWAY et al., as Civil Service Comm'n, etc., Respts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Gussie LOURIA, an infant, by Sam Louria, her guardian ad litem, appellant, v. SHETLAND COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the trial justice erred in denying the motion, at folio 152 of the record, to strike out a certain statement made by the witness there under examination. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

Mary LOVAS and one, as admrs., etc., respts., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur, except Foote, J., who dissents upon the ground that the verdict of the jury is against the weight of the evidence on the finding that the plaintiff's intestate crossed over in front of the south-bound car.

Edward LOVITT, Respt., v. ILLINOIS SURETY CO., Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Determination and judgment affirmed, with costs. No opinion. Order filed. See, also, 88 Misc. Rep. 100, 150 N. Y. Supp. 609.

Herman LOWE, Respt., v. Frederick SOBEL, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Helen B. LUGAR v. Catherine LUGAR. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied with $10 costs. Order filed.

Matyosus LUKOSEWICZ, also known as Matt Lukoszus, Applt., v. PHILADELPHIA & READING COAL & IRON CO., Respt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Robert E. LUNDI, an infant, etc., Applt., v. Emma B. R. DITTRICH, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Sara LYNCH, respondent, v. MUTUAL LIFE INSURANCE COMPANY of New York, appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1916.) Motion denied, and case set down for Thursday, June 15, 1916.

Edward LYNN, respt., v. Florence A. AGNEW, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur.

Anna Marie LYON, Applt., v. Israel L. CURRIER, impld., etc., Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.